IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANAND MARIAPPAN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | ) | 1:25-CV-1123 |

**ORDER AND JUDGMENT**

The plaintiff, Anand Mariappan, commenced this action under the Mandamus Act and the Administrative Procedure Act to compel the defendants to adjudicate his immigration petition and applications. The defendants move to dismiss for lack of subject matter jurisdiction, noting that Citizenship and Immigration Services completed adjudication of the petition and applications during the pendency of this action. Mr. Mariappan did not respond to the motion. Because such adjudication renders the claims moot, the motion is granted.

Generally, a "circumstance mooting a claim arises when the claimant receives the relief he or she sought to obtain through the claim." *Friedman's, Inc. v. Dunlap*, 290 F.3d 191, 197 (4th Cir. 2002). Courts have applied this rule in dismissing Mandamus and APA claims as moot when USCIS adjudicates immigration petitions during the pendency of a case. *See, e.g., Marino v. Jaddou,* No. 3:24-CV-67, 2024 WL 3659311, at *2 (W.D.N.C.

Aug. 5, 2024); *Watkins v. Napolitano*, No. RWT 11-2257, 2012 WL 4069763, at *3 (D. Md. Sept. 14, 2012).

Mr. Mariappan filed his complaint December 8, 2025, “to compel [defendants] to perform their non-discretionary duty to adjudicate” plaintiffs’ immigration petition and applications. Doc. 1 at 7; see Doc. 1 at 30. USCIS has offered undisputed evidence that it issued its denial decisions of that petition December 18, 2025, and those applications January 15, 2026. *See* Doc. 11-1 at 1, 11-2 at 1-10. Mr. Mariappan’s request for relief thus now is moot. *See Friedman’s, Inc.*, 290 F.3d at 197. Defendants’ motion to dismiss for lack of subject matter jurisdiction is granted.

It is hereby **ORDERED AND ADJUDGED** that defendants’ motion, Doc. 10, is **GRANTED** and this case is **DISMISSED** without prejudice.

This the 5th day of June, 2026.

UNITED STATES DISTRICT JUDGE